458 A.2d 273

Konek, Appellant v. Diehl et al.

Argued May 3, 1982.

Wardell F. Steigerwalt, for appellant; Bernard V. O'Hare, Jr., submitted a brief on behalf of appellees.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of the lower court is affirmed.